(May 19, 1983)

■ In the Matter of VINCENT GARIS, an Attorney, Admitted under the Name of VINCENT J. GARIS*, RESPONDENT. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner. — Motion by petitioner, pursuant to 22 NYCRR 691.13, to direct that respondent be examined by a qualified medical expert to determine his capacity to practice law and to suspend respondent pending the outcome of the proceedings. Motion granted. Respondent is suspended indefinitely from the practice of law and a physician is to be appointed by the Hon. Milton Mollen, Presiding Justice of this court, to conduct an examination of respondent. Mollen, P. J., Damiani, Titone, Lazer and Thompson, JJ., concur.

(May 23, 1983)

■ ACME REALTY, Respondent, v GIBRALTAR TRANSMISSION CORPORATION, Appellant. — In an action to recover damages for the alleged breach of a lease, defendant appeals (1) as limited by its brief, from so much of an order of the Supreme Court, Westchester County (Beisheim, J.), entered March 5, 1982, as (a) granted partial summary judgment to the plaintiff, and (b) denied its motion to dismiss the complaint and (2) from a judgment of the same court, dated March 22, 1982 entered upon the granting of partial summary judgment. Appeal from so much of the order entered March 5, 1982 as granted partial summary judgment dismissed (see *Matter of Aho,* 39 NY2d 241, 248). The remainder of the order insofar as appealed from, and the judgment, affirmed. No opinion. Plaintiff is awarded one bill of costs. Titone, J. P., Lazer, Thompson and Weinstein, JJ., concur.